DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00089-APG-VCF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | |
| | ) | (Sixth Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ARANTAZAZU ATORRASAGASTI, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, NICHOLAS A. TRUTANICH, United States Attorney, and  DAN COWHIG, Assistant United States Attorney, that Sentencing currently scheduled for October 3, 2019 at 10:30 a.m. be vacated and continued to 45 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1.   Counsel has spoken with the Defendant and she has no objection to the continuance.

2.   The parties agree to the continuance.

3.    Defendant is not in custody and is out on bond through Pretrial Release.

4.    Defendant requests time to prepare evidence and filings in mitigation and arrange travel for herself and potential witnesses to appear before the Court.

5. Defendant is still under supervision and has been compliant with Pretrial Services.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the sixth request to continue the sentencing.

DATED this 3rd day of October 2019.

Respectfully submitted.

NICHOLAS TRUTANICH
PITARO & FUMO, CHTD.                   UNITED STATES ATTORNEY


_____/s/_____          _____/s/_____
DUSTIN R MARCELLO, ESQ.            DAN COWHIG
601 LAS VEGAS BOULEVARD, SOUTH    ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101            501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR DEFENDANT            LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00089-APG-VCF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | |
| | ) | (Sixth Request) |
| Defendant. | ) | |
| _____ | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release.

4. Defendant requests time to prepare evidence and filings in mitigation and arrange travel for herself and potential witnesses to appear before the Court.

5. Defendant is still under supervision and has been compliant with Pretrial Services.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the sixth request to continue the sentencing.

## **CONCLUSIONS OF LAW**

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## **ORDER**

**IT IS ORDERED** that Sentencing currently scheduled for October 3, 2019, at 10:30 a.m. be continued to 11th day of December, 2019 at 10:00 a.m. in Courtroom 6C.

DATED this 3rd of October, 2019.

U.S. DISTRICT JUDGE