DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00089-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | (10th Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ARANTAZAZU ATORRASAGASTI, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, NICHOLAS A. TRUTANICH, United States Attorney, and KIMBERLY M. FRAYN, Assistant United States Attorney, that Sentencing currently scheduled for July 8, 2020 at 9:30 a.m. be vacated and continued to 90 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release.

4. Defendant is still under supervision and has been compliant with Pretrial Services.

-1-

5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the 10th request to continue the sentencing.

DATED this 2nd day of July 2020.

Respectfully submitted.

PITARO & FUMO, CHTD.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

/s/
DUSTIN R MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT

/s/
KIMBERLY M. FRAYN, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00089-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | (10th Request) |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release.

4. Defendant is still under supervision and has been compliant with Pretrial Services.

5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the 10th request to continue the sentencing.

-3-

## **CONCLUSIONS OF LAW**

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## **ORDER**

**IT IS ORDERED** that Sentencing currently scheduled for July 7, 2020, at 9:30 a.m. be continued to 13th day of October, 2020 at 9:30 a.m.

DATED this 2nd of July 2020.

_____
U.S. DISTRICT JUDGE