NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov

*Representing the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARANTZAZU ATORRASAGASTI<br><br>Defendant. | Case No. 2:17-CR-00089-APG-VCF<br><br>**Stipulation To Continue Sentencing Hearing**<br>(11th Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and ARANTAZAZU ATORRASAGASTI, defendant, by and through her counsel Dustin R. Marcello, Esq, that the Sentencing Hearing currently scheduled for October 13, 2020 at 9:30 a.m. be vacated and continued to not less than 90 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel has fallen ill and is out on medical leave for an indeterminate time.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release. She has no objection to the continuance.

4. Defendant is still under supervision and has been compliant with Pretrial Services.

5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice, given the defendant's need for continuity of counsel.

7. This is the 11th request to continue the sentencing.

DATED this 9th day of October 2020.

Respectfully submitted.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

PITARO & FUMO, CHTD.

/s/*Dustin R. Marchello*  
DUSTIN R MARCELLO, ESQ.  
601 Las Vegas Boulevard, South  
Las Vegas, Nevada 89101  
Attorney For Defendant

/s/*Kimberly M. Frayn*  
KIMBERLY M. FRAYN  
Assistant United States Attorney  
501 Las Vegas Boulevard South. #1100  
Las Vegas, Nevada 89101

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov

*Representing the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00089-APG-VCF |
| Plaintiff, | **[Proposed] Order on Stipulation To Continue Sentencing Hearing** |
| v. | |
| ARANTZAZU ATORRASAGASTI | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defense counsel has fallen ill and is out on medical leave for an indeterminate time.

2. The parties agree to the continuance.

-3-

3. Defendant is not in custody and is out on bond through Pretrial Release. She has no objection to the continuance.

4. Defendant is still under supervision and has been compliant with Pretrial Services.

5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice, given the defendant's need for continuity of counsel.

7. This is the 11th request to continue the sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and the defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence, and would negatively impact the defendant's right to continuity of counsel.

## ORDER

**IT IS ORDERED** that Sentencing currently scheduled for October 13, 2020, at 9:30 a.m. be continued to 19th day of January, 2021 at 1:00 p.m. in LV courtroom 6C.

DATED this 12th of October 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE