DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00089-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | (12th Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ARANTAZAZU ATORRASAGASTI, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, and KIMBERLY M. FRAYN, Assistant United States Attorney, that Sentencing currently scheduled for April 27, 2021 at 1:00 p.m. be vacated and continued to June 15, 2021 at 1:00 p.m., or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release.

4. Defendant is still under supervision and has been compliant with Pretrial Services.

5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the 12th request to continue the sentencing.

DATED this 16th day of April 2021.

                                            Respectfully submitted.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/Dustin R. Marcello, Esq. | /s/ Kimberly M. Frayn, Esq. |
| DUSTIN R MARCELLO, ESQ. | KIMBERLY M. FRAYN, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ARANTAZAZU ATORRASAGASTI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00089-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| ARANTZAZU ATORRASAGASTI, | ) | |
| | ) | (11th Request) |
| Defendant. | ) | |

<u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is not in custody and is out on bond through Pretrial Release.

4. Defendant is still under supervision and has been compliant with Pretrial Services.


5. Due to COVID-19 travel has been restricted.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the 12th request to continue the sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that Sentencing currently scheduled for April 27, 2021, at 1:00 p.m. be continued to 15th day of June, 2021 at 1:00 p.m.

DATED this 16th of June 2021.

_____
U.S. DISTRICT JUDGE